# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0422–3 | User: | Date Created: 12/19/2022 |
| Case: 22–03126–KLP | Form ID: B250 | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty   Bradley Canter   bcanter@roncanterllc.com

TOTAL: 1