## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| *IN RE*: | : | |
| | : | |
| BRENDA DIANE GREEN | : | Case No.: 22-32508-KLP |
| | : | (Chapter 13) |
| Debtor | : | |

| | | |
|---|---|---|
| CONSERV EQUIPMENT LEASING, LLC | : | |
| | : | |
| Plaintiff | : | Adv. Proc. No. 22-03126-KLP |
| | : | |
| v. | : | |
| | : | |
| BRENDA DIANE GREEN | : | |
| | : | |
| Defendant | : | |

### AFFIDAVIT OF SERVICE OF PROCESS

COMES NOW, Plaintiff, CONSERV EQUIPMENT LEASING, LLC, by and through undersigned counsel, hereby affirms and certifies that on December 20, 2022, a copy of the (1) Summons and Notice in an Adversary Proceeding, (2) Complaint, and (3) Initial Scheduling Order was mailed first class, postage prepaid to:

Brenda Diane Green
9283 Coleman Road
Mechanicsville, VA 23116
*Debtor*

Veronica D. Brown-Moseley
Boleman Law Firm, P.C.
PO Box 11588
Richmond, VA 23230
*Counsel for Debtor*

Respectfully submitted,

**THE LAW OFFICES OF RONALD S. CANTER, LLC**

*/s/ Bradley T. Canter*
Bradley T. Canter, Esquire, #86766
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
bcanter@roncanterllc.com
**Counsel for Plaintiff**